IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARRELL REDDEN, Union Member Local 1521 #7408327, | ) ) ) | 8:11CV36 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 1521, | ) ) ) ) | |
| Defendant. | ) ) | |

    This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1.) The court finds that this matter and Case No. 8:11CV34 "involve some or all of the same issues of fact" or "arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). Case No. 8:11CV34 is assigned to the undersigned judge and was filed prior to this matter.

    IT IS THEREFORE ORDERED that:

    1.    The Clerk of the court is directed to reassign this matter from United States District Judge Warren Urbom to the undersigned. This matter remains assigned to the pro se docket.

    2.    The Clerk of the court is directed to indicate on each docket sheet that case numbers 8:11CV34 and 8:11CV36 are related.

    DATED this 8th day of April, 2011.

                             BY THE COURT:

                             s/ Joseph F. Bataillon
                             Chief United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.